**David L. CARTER, Petitioner–Appellant,**

v.

**Orinda EVANS; Kathleen Hawk Sawyer, Custodian; William H. Harper; Arthur F. Beeler; CFO–FMC Butner; State of North Carolina, Respondents–Appellees.**

No. 02–7179.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 19, 2002.

David L. Carter, Appellant Pro Se.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

David L. Carter, a federal prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and dismissing without prejudice his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Carter v. Evans,* No. CA–02–423–1 (M.D.N.C. June 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*